# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK CLAVILLE

NO. 2024 KW 0576

**AUGUST 23, 2024**

---

In Re: Derrick Claville, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-99-0543, 09-00-0416.

---

**BEFORE: GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT